MEMO OPINION

PER CURIAM:

Original proceeding.

In this cause petitioner, an inmate of the Wyoming State Penitentiary, appearing pro se, seeks a writ of habeas corpus to dismiss a detainer filed against him for parole violation.

From the allegations of the petition Johnson asserts that he is restrained of his liberty and is now confined in the Wyoming State Penitentiary at Rawlins, Wyoming.

A writ of habeas corpus will issue only when it will result in the release of the petitioner, such is not the case here.

The relief sought is denied and the proceeding is dismissed.

See **C.J.S.**, Habeas Corpus, § 76.

PETITIONER OF CLYDE McHENRY.

No. 12961.
Decided Feb. 4, 1975.
531 P.2d 366.

544

PER CURIAM:

Original proceeding.

In this cause petitioner, appearing pro se, seeks a writ of mandate to be directed to the respondent Board of Pardons, contending that he was granted a parole to Miles City, Montana, and that the parole plan was thereafter turned down by the Board.

The exhibits attached to the petition indicate that petitioner has work recommendations but the statement by the Board that both the job offer and the residence for a period of three weeks would not be adequate is also apparent. The Board advised petitioner that he could reapply later and suggested that he submit another parole plan, which indicates a desire to be of assistance to petitioner.

Since no cause appears for the issuance of any writ the petition is denied and the proceeding dismissed.

PETITION OF DAVID WAYNE GUNDERSON.

No. 12962.
Decided Feb. 4, 1975.
531 P.2d 366.